UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2011-232 (WOB-CJS)

GARNET HENRY JOSEPH                                    PETITIONER

VS.                         **ORDER AND JUDGMENT**

EDWARD PRINDLE, Jailer,
Boone County Jail;
RICHARDO WONG, Field Office
Director, Enforcement and
Removal Office, Department
Of Homeland Security Bureau
Of Immigration and Customs Enforcement;
JOHN MORTON, Director of U.S.
Department of Homeland Security
Bureau of Immigration and
Customs Enforcement;
JANET NAPOLITANO, Secretary of
U.S. Department of Homeland Security;
AND
ERIC HOLDER, Attorney General of
United States of America                               RESPONDENTS


This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #11), and there being no objections filed thereto, and the court being sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the Magistrate Judge be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that respondents' motion to dismiss be, and it hereby is,

**granted**; that the petitioner's petition for writ of habeas corpus be, and it hereby is, **denied**; and that this action is hereby **dismissed** and **stricken** from the docket of this court.

This 3rd day of January, 2012.



Signed By:
William O. Bertelsman  WOB
United States District Judge